**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1659**

_____

WILLIAM MILHOAN,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-03-2051-2)

_____

Submitted: June 19, 2006              Decided: June 28, 2006

_____

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kelly Lee Elswick-Hall, VENEZIA LAW OFFICES, LC, Charleston, West
Virginia, for Appellant. James Anthony Winn, Assistant Regional
Counsel, Michelle Dawn Scotese, Donna L. Calvert, SOCIAL SECURITY
ADMINISTRATION, Philadelphia, Pennsylvania; Kelly Rixner Curry,
Assistant United States Attorney, Charleston, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Milhoan appeals the district court's order accepting the recommendation of the magistrate judge to affirm the Commissioner's denial of disability insurance benefits.  We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied.  <u>See</u> 42 U.S.C. § 405(g) (2000); <u>Craig v. Chater</u>, 76 F.3d 585, 589 (4th Cir. 1996).  We have thoroughly reviewed the administrative record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Milhoan v. Barnhart</u>, No. CA-03-2051-2 (S.D. W. Va. Mar. 30, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>